IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

ALPS PROPERTY & CASUALTY
INSURANCE COMPANY,

    Plaintiff,

v.               Civil Action No.: 1:22-CV-111
                 Honorable Thomas S. Kleeh

DAVID A. SIMS, ESQ.;
LAW OFFICES OF DAVID A. SIMS, PLLC;
and A.R.W., as Guardian and Next Friend of L.R.,

    Defendants.

## STIPULATION OF DISMISSAL

COME NOW the Plaintiff, ALPS Property & Casualty Insurance Company, and the

Defendants, David A. Sims, Esq., Law Offices of David A. Sims, PLLC, and A.R.W., as Guardian

and Next Friend of L.R., by and through their respective undersigned counsel, pursuant to Fed. R.

Civ. P. 41(a), and hereby stipulate and agree to dismissal with prejudice of the above-styled civil

action.

Therefore, it is hereby **ORDERED** that this civil action be, and the same hereby is,

**DISMISSED** with prejudice.  Each party shall bear its own respective attorneys' fees and costs.

The Clerk is directed to transmit copies of this Order to counsel of record and any

unrepresented parties.

It is so **ORDERED**.

          ENTER:_____

          _____
          Honorable Thomas S. Kleeh

PREPARED BY:

*/s/ Debra Tedeschi Varner*
_____

Debra Tedeschi Varner (WV State Bar #6501)
James A. Varner, Sr. (WV State Bar #3853)
Varner & Van Volkenburg, PLLC
360 Washington Avenue
Clarksburg, WV 26301
Tel: (304) 918-2840 / Fax: (304) 362-0124
***Counsel for Defendants, David A. Sims, Esq.,***
***Law Offices of David A. Sims, PLLC***

APPROVED BY:

*/s/ David E. Goddard*
_____

David E. Goddard (WV State Bar #8090)
Goddard & Wagoner PLLC
229 West Main Street, Suite 1100
Clarksburg, WV 26301
Tel: (304) 933-1411 / Fax: (855) 329-1411
***Counsel for Defendant, A.R.W.,***
***as Guardian and Next Friend of L.R.***

APPROVED BY:

*/s/ Tiffany R. Durst*
_____

Tiffany R. Durst (WV State Bar #7441)
Pullin, Fowler, Flanagan, Brown & Poe PLLC
2414 Cranberry Square
Morgantown, WV 26508
Tel: (304) 225-2200 / Fax: (304) 225-2214
***Co-Counsel for Plaintiff***

APPROVED BY:

*/s/ Brooke H. McCarthy*
_____

Brooke H. McCarthy (admitted *pro hac vice*)
Kutak Rock LLP
1650 Farnham Street
Omaha, NE 68102
Tel: (402) 346-6000 / Fax: (402) 346-1148
***Co-Counsel for Plaintiff***

**STIPULATION OF DISMISSAL**
*ALPS Property & Casualty Ins. Co. v. David A. Sims, Esq., et al.*
U.S.D.C., N.D.W.Va. -- Civil Action No. 1:22-CV-111

2