**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**ALPS PROPERTY & CASUALTY
INSURANCE COMPANY,**

       **Plaintiff,**

   **v.**                     **CIVIL NO. 1:22-CV-111
(KLEEH)**

**DAVID A. SIMS, ESQ.,
LAW OFFICES OF DAVID A. SIMS,
PLLC, and A.R.W., as Guardian
and Next Friend of L.R.,**

       **Defendants.**

<u>**ORDER**</u>

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties submitted a stipulation of dismissal with prejudice. Accordingly, this action is **DISMISSED WITH PREJUDICE** and **STRICKEN** from the Court's active docket.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: January 3, 2024

_____
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA